**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Criminal Action No. 24-342 (RBW) |
| | ) | |
| PAUL KOVACIK, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

Before the Court is the Report and Recommendation of Magistrate Judge Faruqui, which was docketed on January 15, 2024. Report and Recommendation, ECF No. 34. According to the Report and Recommendation, the Probation Office recommended termination of the defendant's supervision as unsuccessful, and both the government and the defendant joined in that request. Id. at 1–2. Having carefully reviewed the findings and conclusions contained in Magistrate Judge Faruqui's report and having considered the recommended disposition, the Court will adopt in full the report and recommendation as the findings and conclusions of this Court. Accordingly, upon consideration of the Report and Recommendation, the absence of objections, and the entire record herein, it is hereby

**ORDERED** that Magistrate Judge Faruqui's Report is **ADOPTED** in its entirety. It is further

**ORDERED** that the defendant's supervision is **TERMINATED**. It is further

**ORDERED** that the case is **CLOSED**.

**SO ORDERED** this 16th day of January, 2026.

REGGIE B. WALTON
United States District Judge